UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21032-CIV-LENARD/GARBER

HERBERT L. GOPMAN CONSULTING
ENGINEERS, INC., n/k/a GOPMAN
CONSULTING ENGINEERS, INC.,

        Plaintiff,

vs.

EUGENE R. CROSBY, an individual;
JOSE A. GUTIERREZ, an individual and
STRUCTURAL DESIGN PARTNERSHIP,
LLC, a Florida limited liability company,

        Defendants.

_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendants, EUGENE CROSBY, JOSE A. GUTIERREZ and STRUCTURAL DESIGN PARTNERSHIP, LLC, by and through their undersigned attorney and pursuant to this Court's June 4, 2008 Order Referring Discovery Disputes and Certain Pretrial Motions to Magistrate Judge; Directing Parties to File Certificates of Interested Parties; Directing Parties to File a Notice of Refiling and/or of Related Cases; Requiring Completion of Form Consenting to Jurisdiction by Magistrate Judge; and Requiring Completion of Joint Scheduling Report and Form (DE 10), hereby discloses the following interested parties and corporations that may have a financial interest in the outcome of this lawsuit:

1. Eugene R. Crosby
2. Jose A. Gutierrez
3. Structural Design Partnership, LLC
4. Tatiana Dymerets
5. Mohamad Fahmy
6. John R. Gillespie
7. Herbert L. Gopman Consulting Engineers, Inc., n/k/a Gopman Consulting Engineers, Inc.

8. Herbert L. Gopman
9. Mehdi Ashraf
10. Kent Harrison Robbins

Defendants reserve the right to amend, correct and update this Certificate throughout the

pendency of this action.

THE GILLESPIE LAW FIRM
John R. Gillespie, P.A.
Post Office Box 51459
Lighthouse Point, FL  33074
Telephone (954) 785-0001
Facsimile (954) 785-0011

By_____
John R. Gillespie, Jr.
Florida Bar No. 218707

**Certificate of Service**

I hereby certify that on July 7, 2008, I electronically filed the foregoing document with
the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served
this day on July 7, 2008 to all counsel of record identified on the attached Service List in the
manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF
or in some other authorized manner for those counsel or parties who are not authorized to receive
electronically Notices of Electronic Filing.

By_____
John R. Gillespie, Jr.
Florida Bar No. 218707

## SERVICE LIST

Kent Harrison Robbins, Esquire
Attorney for Plaintiff
1224 Washington Avenue
Miami Beach, FL  33139