### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 08-21032-CIV-LENARD/GARBER

HERBERT L. GOPMAN CONSULTING
ENGINEERS, INC., n/k/a GOPMAN
CONSULTING ENGINEERS, INC.,

       Plaintiff,

v.

EUGENE R. CROSBY, an individual;
JOSE A. GUTIERREZ, an individual; and
STRUCTURAL DESIGN PARTNERSHIP, LLC,
a Florida limited liability company,

       Defendants.

_____/

### JOINT MOTION TO DISMISS WITH PREJUDICE

The parties, Plaintiff, HERBERT L. GOPMAN CONSULTING ENGINEERS, INC., n/k/a GOPMAN CONSULTING ENGINEERS, INC., and Defendants, EUGENE R. CROSBY, JOSE A. GUTIERREZ and STRUCTURAL DESIGN PARTNERSHIP, LLC, by and through undersigned counsel, hereby move this Court dismiss the instant action with prejudice and in support thereof state:

1.      The parties have amicably resolved the issues involved in this litigation and in connection with such a resolution, executed a Stipulation, Settlement Agreement and General Release ("Settlement Agreement") (a fully executed copy of which is attached hereto as Exhibit "A").

2.      Pursuant to this Court's August 11, 2008 Order dismissing the case without prejudice (DE 34) and to the terms of the Settlement Agreement, this Court is to review and approve the Settlement Agreement, and shall retain jurisdiction to hear, consider and resolve any

litigation or dispute that arises from or relating to the Settlement Agreement or any alleged breach thereof.

     3.     A proposed Final Order of Dismissal is attached hereto as Exhibit "B."

     4.     Counsel for Defendants has reviewed this Joint Motion to Dismiss with Prejudice and has authorized the undersigned to represent to the Court that Defendants join in this submission.

     WHEREFORE, Plaintiff, HERBERT L. GOPMAN CONSULTING ENGINEERS, INC., n/k/a GOPMAN CONSULTING ENGINEERS, INC., and Defendants, EUGENE R. CROSBY, JOSE A. GUTIERREZ and STRUCTURAL DESIGN PARTNERSHIP, LLC, respectfully request this Court issue an Order approving the Settlement Agreement, dismissing this action with prejudice, retaining jurisdiction over the Settlement Agreement and for such further relief as this Court deems just and proper.


/s/ Kent Harrison Robbins
KENT HARRISON ROBBINS
Florida Bar No. 275484
Email: *khrobbins@kentharrisonrobbins.com*
1224 Washington Avenue
Miami Beach, Florida 33139
Telephone: (305) 532-0500
Facsimile: (305) 531-0150
Attorney for Plaintiff,
Herbert L. Gopman Consulting Engineers, Inc.

/s/ John R. Gillespie, Jr.
John R. Gillespie, Jr.
Florida Bar No. 218707
Email: *jgillespie@gillespiefirm.com*
The Gillespie Law Firm
P. O. Box 51459
Lighthouse Point, Florida 33074
Telephone: (954) 785-0001
Facsimile: (954) 785-0011
Attorney for Defendants,
Crosby, Gutierrez and Structural Design Partnership, LLC

CASE NO. 08-21032-CIV-LENARD/GARBER

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on **September 23, 2008,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or pro se parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Kent Harrison Robbins
KENT HARRISON ROBBINS

3

CASE NO. 08-21032-CIV-LENARD/GARBER

**HERBERT L. GOPMAN CONSULTING ENGINEERS, INC. v. CROSBY, ET AL.**
**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.  08-21032-CIV-LENARD/GARBER**

**<u>SERVICE LIST</u>**

Kent Harrison Robbins, Esq.
*khrobbins@kentharrisonrobbins.com*
1224 Washington Avenue
Miami Beach, Florida 33139
Facsimile: (305) 531-0150
Attorney for Plaintiff Herbert L. Gopman Consulting Engineers, Inc.

John R. Gillespie, Esq.
*jgillespie@gillespiefirm.com*
P. O. Box 51459
Lighthouse Point, Florida 33074
Facsimile: (954) 785-0011
Attorney for Defendants, Eugene R. Crosby, et al.
Via CM/ECF Notification